IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL CIRCUIT
IN AND FOR  COUNTY, FLORIDA
CIVIL DIVISION

GWENDOLYN LATSON,

        Plaintiff,

                                      Case No.:

vs.

DOLLAR TREE STORES, INC.,

        Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Comes now, the Plaintiff, GWENDOLYN LATSON, by and through undersigned counsel, hereby sues the Defendant, DOLLAR TREE STORES, INC., and in support thereof alleges the following:

## JURISDICTION AND VENUE

1. This is an action for damages that exceed Thirty Thousand Dollars ($30,000.00), exclusive of pre-judgment interest, court costs and attorney's fees.

2. At all times material herein, Plaintiff, GWENDOLYN LATSON, was and is a resident of Marion County, Florida.

3. At all times material herein, Defendant, DOLLAR TREE STORES, INC., was and is a Virginia Corporation lawfully conducting business in Florida.

4. On or about August 27, 2020, Defendant, DOLLAR TREE STORES, INC., owned, occupied, controlled and/or was in possession of property located at 2701 SW College Rd., Ocala, FL 34474.

5. On or about August 27, 2020, Plaintiff, GWENDOLYN LATSON, was at 2701 SW College Rd., Ocala, FL 34474 as a business invitee of Defendant, DOLLAR TREE STORES, INC.

6. Jurisdiction is proper in the FIFTH Judicial Circuit in and for  County, Florida.

7. All conditions precedent to this action have occurred, have been performed or have been waived.

## GENERAL ALLEGATIONS

8. On or about August 27, 2020, and for an unreasonable period of time prior thereto, Defendant, DOLLAR TREE STORES, INC., negligently maintained the property located at 2701 SW College Rd., Ocala, FL 34474 by allowing a box of pillows to remain at or near the entrance on the property which created a defective and dangerous condition.

9. The above-described defective and dangerous condition was unknown to Plaintiff, GWENDOLYN LATSON.

10. Defendant, DOLLAR TREE STORES, INC., had a duty to maintain the subject property in a reasonably safe condition and breached that duty by failing to do so or warning Plaintiff, GWENDOLYN LATSON, of the existence of the above-described dangerous condition.

11. As a result of the above-described negligence and resulting dangerous and defective condition, Plaintiff, GWENDOLYN LATSON, tripped and fell over the box of pillows injuring her right knee, left shoulder and back on the above-described condition and suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, inconvenience, expense of

hospitalization, medical and nursing care and treatment and aggravation of a previously existing condition.

WHEREFORE, Plaintiff, GWENDOLYN LATSON, sues Defendant, DOLLAR TREE STORES, INC., and demands judgement for damages in an amount exceeding Thirty Thousand Dollars, exclusive of costs, against the Defendant, DOLLAR TREE STORES, INC., and for such other relief as this Honorable Court deems appropriate under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiff, GWENDOLYN LATSON, demands a trial by jury as a matter of right.

DATED October 14, 2021.

/s/ MISTY MORGAN VIANNA, ESQ.
MISTY MORGAN VIANNA, ESQ.
FBN: 95219
Kemp, Ruge & Green Law Group
11567 Trinity Boulevard
Trinity, FL 34655
Phone: 727-847-4878
Fax: 727-375-7300
service@krglawgroup.com
ATTORNEY FOR PLAINTIFF